THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* RICHARD JOHN JOSEPH POWER and JOHN JOSEPH KING, Appellants.

Argued November 29, 1950; decided January 11, 1951.

*Joseph M. Lonergan* and *Joseph S. Moore* for Richard J. J. Power, appellant.

*James D. C. Murray* and *Rudolph Stand* for John J. King, appellant.

*Charles P. Sullivan, District Attorney (Henry W. Schober* of counsel), for respondent.

Judgments of conviction affirmed; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ. [See 302 N. Y. 650.]